IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUSTAFA K. EL-MIN,

    Petitioner,                   No. CIV S-09-3039 KJM P

    vs.

B. IVES,

    Respondent.                ORDER

_____/

        Petitioner, a federal prisoner proceeding pro se and consenting to magistrate judge jurisdiction, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By order filed February 23, 2010, petitioner was ordered to file a signed copy of his petition for writ of habeas corpus within twenty-one days. The twenty-one day period has now expired, and petitioner has not responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: April 15, 2010.

_____
U.S. MAGISTRATE JUDGE

1/elmi2039.jo